UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Case No.: 3:21-cr-63 JD |
| | ) | |
| TERRY M. BONNER | ) | 18 U.S.C. § 751(a) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 5, 2021, in the Northern District of Indiana,

**TERRY M. BONNER,**

defendant herein, did knowingly escape from custody in the PACT Bradley Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Indiana upon conviction for the commission of felony possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Section 751(a).

Dated: July 14, 2021

                                             A TRUE BILL:

*s/ Grand Jury Foreperson*
_____
Grand Jury Foreperson

APPROVED BY:

    TINA L. NOMMAY
    ACTING UNITED STATES ATTORNEY

    *s/ Geovanny E. Martinez*
By: _____
    Geovanny E. Martinez
    Assistant United States Attorney